IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHARLES HOLLINGSWORTH**                                                                  **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 4:09cv174-HTW-LRA**

**TEVITA FOHE AND**
**LAND SERVICES OF FLORIDA, LLC**                                  **DEFENDANTS**

## AGREED ORDER OF REMAND

BEFORE THE COURT is the Stipulation of the Plaintiff, Charles Hollingsworth [Doc. No. 3], that the total amount of damages claimed and sought by the Plaintiff in this matter does not satisfy the requisite jurisdictional amount to establish this Court's jurisdiction pursuant to 28 U.S.C.A. § 1332, and the Court, being otherwise fully-advised in the premises and being further advised that the parties agree to remand of this matter, hereby orders and adjudicates as follows:

IT IS ORDERED AND ADJUDGED that the above-styled matter shall be and hereby is remanded to the Circuit Court of Lauderdale County, Mississippi, from whence it was removed, with each party to bear his respective costs.

SO ORDERED, this the 26th day of January, 2010.

                                                 **s/ HENRY T. WINGATE**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**

AGREED AND APPROVED:

/s/ Chris M. Falgout
Christopher Falgout (MB: 100173)
JORDAN & FALGOUT
P.O. Box 265
Meridian, MS 39302-0265
(601)693-0552
*Attorney for Plaintiff*

  /s/ Ginny Y. Kennedy
C. Maison Heidelberg (MB: 9559)
Ginny Y. Kennedy (MB: 102199)
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(601)351-3333
*Attorneys for Defendants*


Civil Action No. 4:09-cv-174 HTW-LRA
Agreed Order of Remand